IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DANIEL RAY UNGER | § | |
| v. | § | CIVIL ACTION NO. 6:05cv186 |
| GREG L. COMPTON, ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Defendant State of Texas' Renewed Motion to Dismiss be granted. Plaintiff filed written objections to the Report and Recommendation on October 7, 2005.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant State of Texas' Renewed Motion to Dismiss (document #54) is **GRANTED**. The claims against the State of Texas are hereby **DISMISSED** with prejudice.

**SIGNED this 14th day of October, 2005.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE