IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DANIEL RAY UNGER | § | |
| v. | § | CIVIL ACTION NO. 6:05cv186 |
| GREG L. COMPTON, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and a recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Plaintiff's Motion for Summary Judgment be denied, that Defendants' Motion for Summary Judgment be granted and that the above-styled lawsuit be dismissed with prejudice. After receiving an extension of time, Plaintiff filed written objections to the Report and Recommendation on June 19, 2006.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Summary Judgment (document #86) is **DENIED** and

Defendants' Motion for Summary Judgment (document #81) is **GRANTED**. It is accordingly

**ORDERED** that the above-styled lawsuit is hereby **DISMISSED** with prejudice.

All motions not previously ruled on are **DENIED**.

 **SIGNED this 23rd day of June, 2006.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE